810 A.2d 559

IN THE MATTER OF ALAN E. KUDISCH, AN ATTORNEY
AT LAW (ATTORNEY NO. 010081979).

November 26, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–185, concluding that as a matter of reciprocal discipline, **ALAN E. KUDISCH** of **LAKE GROVE, NEW YORK**, who was admitted to the bar of this State in 1979, should be suspended from the practice of law for a period of one year, retroactive to February 7, 2002, the date of respondent's discipline in the State of New York, for conduct constituting violations of *RPC* 1.3 (lack of diligence), *RPC* 1.4(a)(failure to communicate), *RPC* 1.16 (failure to properly withdraw from a litigated matter and failure to return a client's file), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ALAN E. KUDISCH** is suspended from the practice of law for a period of one year, retroactive to February 7, 2002, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.